UNITED STATES of America,
Plaintiff–Appellee,

v.

Alfonso CASTANO, Defendant–
Appellant.

No. 98–20406.

United States Court of Appeals,
Fifth Circuit.

July 6, 2000.

Jeffery Alan Babcock, Paula Camille Offenhauser, Asst. U.S. Atty., Houston, TX, for Plaintiff–Appellee.

Alfonso Castano, Fort Dix, NJ, pro se.

*ON PETITION FOR REHEARING*

Before POLITZ, SMITH and DENNIS,
Circuit Judges.

PER CURIAM:

In its petition for panel rehearing, the government now confesses error and takes the position that Castano is entitled to relief. Accordingly, on the basis of the government's request, the petition for rehearing is GRANTED, and the panel opinion, 211 F.3d 871 (5th Cir.2000), is WITHDRAWN. The order denying the motion to vacate sentence is REVERSED, and the judgment of conviction and sentence is VACATED and REMANDED for re-entry of judgment and the opportunity to appeal that new judgment. *See Mack v. Smith,* 659 F.2d 23, 26 (5th Cir. Unit A Oct.1981) (per curiam).

We express no view on the legal propriety of the government's concession or on

what action this court should take once any appeal from the new judgment is filed.